# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| SYNAVIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:20-CV-251-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant shall pay $2,009.29 in attorney's fees in full satisfaction of any and all claims Plaintiff may have in this case under the Equal Access to Justice Act.

**This Judgment Filed and Entered on December 20, 2021, and Copies To:**
Paul T. McChesney                                       (via CM/ECF electronic notification)
Keeya M. Jeffrey                                        (via CM/ECF electronic notification)

DATE:                                                   PETER A. MOORE, JR., CLERK
December 20, 2021                                       (By) /s/ Nicole Sellers
                                                         Deputy Clerk