IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Synavia **GEORGE**,                              )
                                                  )
        Plaintiff,                                )
                                                  )
                v.                                )        No: 7:20-00251-D
                                                  )
Kilolo KIJAKAZI,                                  )
Acting Commissioner of Social Security,           )

## <u>ORDER</u>

Plaintiff, Synavia George, brought this action to obtain judicial review of a final decision

of Defendant Acting Commissioner of Social Security denying Plaintiff's application for a

period of disability and disability insurance benefits. See 42 U.S.C. § 405(g). On November 18,

2021 the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for

further administrative proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees filed on July

24, 2023, for requested fees in the amount of $21,980.50 of George's past due benefits, under the

Social Security Act, 42 U.S.C. § 406(b). The Plaintiff's attorney has been granted fees by this

Court in the amount of $2,009.29, under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412.

In the United States Supreme Court case of *Gisbrecht v. Barnhart*, 535 U.S. 780 (2002),

the Court held that the provision of the Social Security Act limiting attorney fees to 25% of past-

due benefits does not displace contingent-fee agreements that are within such statutory ceiling,

and instructs courts to review for reasonableness fees yielded by such agreements. In addition, if the claimant has been awarded attorney fees under EAJA, the claimant's attorney must refund the lesser of the two fees to the claimant. *Id.* at 796.

Upon review of the materials submitted to the Court, the undersigned finds that Plaintiff counsel's request for attorney fees is reasonable. Therefore, it is ordered that the Plaintiff's attorney may collect a fee of 25% of plaintiff's past due benefits. Plaintiff's attorney must refund to the Plaintiff the EAJA award of $2,009.29.

SO ORDERED. This the __17__ day of August, 2023.

JAMES C. DEVER III
United States District Judge

2