UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SYNAVIA GEORGE, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ) </br> KILOLO KIJAKAZI, ) </br> Acting Commissioner of Social Security, ) </br> ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 7:20-CV-251–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's attorney may collect a fee of 25% of plaintiff's past due benefits. Plaintiff's attorney must refund to the Plaintiff the EAJA award of $2,009.29.

**This Judgment Filed and Entered on August 17, 2023, and Copies To:**
Paul T. McChesney          (via CM/ECF electronic notification)
Keeya M. Jeffrey           (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
August 17, 2023                           (By) /s/ Stephanie Mann
                                              Deputy Clerk